158 A.3d 77

COMMONWEALTH of Pennsylvania, Respondent

v.

Kevin Nathaniel WILLIAMS, Petitioner

No. 335 MAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.